UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:13-cr-00025-SEB-MGN |
| | ) | |
| NICHOLAS J. PARSCH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge William G. Hussmann, Jr.'s Report and Recommendation on the Entry and Order referring the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision filed on November 20, 2014. (Dkt. 48), the Court now approves and adopts the Report and Recommendation as the entry of the Court.

It is ordered that a sentence of fifty-eight (58) additional days of residence at Volunteers of America is imposed.

SO ORDERED.    03/30/2015

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service