UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:13-cr-00025-SEB-VTW |
| | ) | |
| NICHOLAS J. PARSCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed and considered Magistrate Judge Van T. Willis's Report and Recommendation that Nicholas J. Parsch's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation, finding that Defendant violated the conditions of supervised release and that his supervised release therefore warrants modification. Accordingly, the Defendant is hereby ordered to serve five (5) months at a residential reentry-type facility, and thereafter shall again be required to submit to the terms and conditions of supervised release, as outlined in the Report and Recommendation, which term of supervision shall extend until September 18, 2019. The Court recommends placement at the VOA facility located in Indianapolis, Indiana.

SO ORDERED.

Date: 10/20/2016

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service

Case 4:13-cr-00025-SEB-VTW   Document 96   Filed 10/20/16   Page 2 of 2 PageID #: 264